IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-3173 |
| | ) | |
| JASON SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court following the mandate from the Seventh Circuit.

The Seventh Circuit has reversed the judgment of this Court and remanded the case for further proceedings consistent with that court's opinion. The Seventh Circuit has directed that on remand, this Court "must revisit the question whether the plaintiff should be allowed to proceed anonymously." Consistent with the Seventh Circuit's opinion and analysis, the parties will be directed to file briefs on that issue.

1

<u>Ergo</u>, the parties are Directed to contact United States Magistrate Judge Byron G. Cudmore for the purpose of scheduling a discovery conference. The parties are further Directed to file by January 6, 2006 briefs or position papers on whether the Plaintiff should be allowed to proceed anonymously.

ENTER: December 20, 2005

    FOR THE COURT:

                                              s/Richard Mills
                                              United States District Judge